UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**LLOYD HUGHES,** *for himself and*
*all other similarly situated individuals*,

    Plaintiff,

v.                                          Civil Action No. 4:24-cv-00060

**EARLY WARNING SERVICES, LLC,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff LLOYD HUGHES ("Mr. Hughes"), by counsel, hereby notifies the Court that a settlement has been reached regarding all individual claims between Mr. Hughes and EARLY WARNING SERVICES, LLC. Mr. Hughes and EARLY WARNING SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Hughes and EARLY WARNING SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: January 15, 2025

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*