IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

LLOYD HUGHES, JR.,
*for himself and all other similarly situated individuals*,

    Plaintiff,

v.

EARLY WARNING SERVICES, LLC,

    Defendant.

Case No. 4:24-cv-60

## **FINAL ORDER**

    On January 15, 2025, the parties reported to the Court that this matter is settled. ECF No. 28. Pursuant to the Court's scheduling order, "[c]ounsel shall submit a stipulation of dismissal not later than eleven (11) calendar days after filing the notice of settlement . . . . If such stipulation is not timely filed, the Court will dismiss this action with prejudice as to all parties involved in the settlement." ECF No. 27 ¶ 9. The eleven days to file a stipulation of dismissal have elapsed. It is, therefore, ORDERED that this case is DISMISSED WITH PREJUDICE.

    The Court DIRECTS the Clerk to close the case and send an electronic copy of this Order to all counsel of record.

    It is SO ORDERED.

                                                /s/
                                        Elizabeth W. Hanes
                                        United States District Judge

Newport News, Virginia
Date: April 8, 2025